## Commonwealth *v.* Flick, Appellant.

Submitted December 12, 1966. *Russell Gerald Flick,* appellant, in propria persona; *Allan W. Lugg,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* George, Appellant.

Submitted December 12, 1966. *Woodrow George,* appellant, in propria persona; *Stanley M. Shingles* and *Alan J. Davis,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Gittlemacker, Appellant.

Submitted December 12, 1966. *Jack Gittlemacker,* appellant, in propria persona; *Henry T. Crocker* and *Richard A. Devlin,* Assistant District Attorneys, and *Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.